Lisa ZALASKI, Plaintiff–Appellant,

v.

CITY OF BRIDGEPORT POLICE DE-PARTMENT and Deputy Chief James J. Honis, Defendants–Appellees.*

No. 11–3033–cv.

United States Court of Appeals, Second Circuit.

Aug. 29, 2012.

---

\* The Clerk of the Court is directed to amend the official caption as noted.

Derek V. Oatis, Lobo & Novak, LLP, Manchester, CT, for Plaintiff–Appellant.

Betsy A. Edwards, Office of the City Attorney, Bridgeport, CT, for Defendants–Appellees.

Present: ROBERT A. KATZMANN, RICHARD C. WESLEY, and PETER W. HALL, Circuit Judges.

## SUMMARY ORDER

Plaintiff–Appellant Lisa Zalaski appeals from a June 29, 2011 judgment of the United States District Court for the District of Connecticut (Bryant, *J.*) granting defendants' motion for summary judgment and dismissing plaintiff's sole claim, brought pursuant to 42 U.S.C. § 1983, that defendants violated her right to freedom of speech and assembly under the First Amendment at a demonstration held in October 2006. We assume the parties' familiarity with the pertinent facts and procedural history.

Having previously remanded this case and given the parties a full opportunity to provide additional, relevant information that would illuminate the issues on appeal, *see Zalaski v. City of Bridgeport Police Dep't,* 613 F.3d 336, 337 (2d Cir.2010) (per curiam), and upon our *de novo* review of the instant record, we find no material error that would cause us to reverse. *See McGullam v. Cedar Graphics, Inc.,* 609 F.3d 70, 75 (2d Cir.2010). Accordingly, the judgment of the district court is hereby **AFFIRMED.**